# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** Elba J. Dormoi | : | Chapter 13 |
| | : | |
| **Debtor(s)** | : | Bky. No. 15-19187/ELF |

## O R D E R

**AND NOW,** upon consideration of the Application for Compensation filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application if **GRANTED.**

2. Compensation of **$3000.00** and costs of **$400.00** are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and  U.S.C. §330(a)(4)(B), **the allowed compensation and costs set forth in ¶2 less $1500.00  which was paid by the Debtor(s) prepetition, to the extent provided for by the confirmed plan.**

**DATE:** 8/4/16

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE