United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elba J. Dormoi  
      Debtor

Case No. 15-19187-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Marie | Page 1 of 1 | Date Rcvd: Aug 04, 2016 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2016.
db       #+Elba J. Dormoi,    232 Regina Street,    Philadelphia, PA 19116-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2016 at the address(es) listed below:
      ALAN B. LISS    on behalf of Debtor Elba J.  Dormoi bnklaw@aol.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
      TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Elba J. Dormoi  :  Chapter 13
 :
Debtor(s)  :  Bky. No.  15-19187/ELF

**O R D E R**

**AND NOW,** upon consideration of the Application for Compensation filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application if **GRANTED.**

2. Compensation of **$3000.00** and costs of **$400.00** are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and  U.S.C. §330(a)(4)(B), **the allowed compensation and costs set forth in ¶2 less $1500.00  which was paid by the Debtor(s) prepetition, to the extent provided for by the confirmed plan.**

DATE: 8/4/16

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE