# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-19187-ELF

ELBA J. DORMOI

232 REGINA STREET

PHILADELPHIA, PA 19116

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ELBA J. DORMOI

    232 REGINA STREET

    PHILADELPHIA, PA 19116

Counsel for debtor(s), by electronic notice only.

    ALAN LISS  ESQUIRE
    1420 WALNUT STREET
    SUITE 720
    PHILA, PA 19102-

Date: 3/10/2017

                                /S/ William C. Miller
                                _____
                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee