# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELBA J. DORMOI                               Chapter 13

                Debtor                        Bankruptcy No. 15-19187-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: April 19, 2017**

                                              Eric L. Frank
                                              ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAN LISS  ESQUIRE
1420 WALNUT STREET
SUITE 720
PHILA, PA 19102-

Debtor:
ELBA J. DORMOI

232 REGINA STREET

PHILADELPHIA, PA 19116