United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-19187-elf
Elba J. Dormoi                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 2          Date Rcvd: Apr 19, 2017
                           Form ID: pdf900        Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2017.
```
db            #+Elba J. Dormoi,   232 Regina Street,   Philadelphia, PA 19116-2315
cr             +Ditech Financial LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
13653671       +Alan B. Liss, Esquire,   1420 Walnut Street,   Suite 720,   Philadelphia, PA 19102-4006
13653672       +Barclay's Bank Delaware,   125 S. West Street,   Wilmington, DE 19801-5014
13653673       +Citicards,   701 E. 60th Street N,   Sioux Falls, SD 57104-0432
13653674        Comenity Bank,   PO Box 182789,   Columbus, OH  43218-2789
13689560       +Ditech Financial LLC et al,   c/o JOSHUA ISAAC GOLDMAN,   KML Law Group, P.C.,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13688841        ECAST SETTLEMENT CORPORATION,   PO BOX 29262,   NEW YORK, NY 10087-9262
13653677        Greentree Servicing LLC/Ditech Fin.,   345 St. Peter Street,   1100 Landmark Towers,
                 St. Paul, MN  55102
13665664        M&T BANK,   PO BOX 1508,   BUFFALO, NY 14240-1508
13653682       +United Revenue,   PO Box 1184,   Langhorne, PA 19047-6184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Apr 20 2017 01:26:35    City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 20 2017 01:26:08
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 20 2017 01:26:22    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13729175      +E-mail/Text: bncmail@w-legal.com Apr 20 2017 01:26:17    Cerastes, LLC,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13653675       E-mail/Text: mrdiscen@discover.com Apr 20 2017 01:25:52    Discover,   PO Box 15316,
                Wilmington, DE 19850
13659717       E-mail/Text: mrdiscen@discover.com Apr 20 2017 01:25:52    Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13653676      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 20 2017 01:25:55    Ditech Financial LLC,
                PO Box 6172,   Rapid City, SD 57709-6172
13737076       E-mail/Text: bankruptcy.bnc@ditech.com Apr 20 2017 01:25:55    Ditech Financial LLC,
                PO Box 6154,   Rapid City, SD 57709-6154
13653678       E-mail/Text: camanagement@mtb.com Apr 20 2017 01:25:56    M&T Bank,   1 Fountain Plaza,
                Buffalo, NY  14203
13678550       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 20 2017 01:29:33
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13653679      +E-mail/PDF: gecsedi@recoverycorp.com Apr 20 2017 01:29:19    SYNCB/Sleep Number,
                PO Box 965036,   Orlando, FL 32896-5036
13653680      +E-mail/PDF: gecsedi@recoverycorp.com Apr 20 2017 01:29:05    SYNCB/TJX,   PO Box 965015,
                Orlando, FL 32896-5015
13653681      +E-mail/PDF: gecsedi@recoverycorp.com Apr 20 2017 01:29:40    SYNCB/Walmart,   PO Box 965015,
                Orlando, FL 32896-5015
13733211       E-mail/PDF: gecsedi@recoverycorp.com Apr 20 2017 01:29:05    Synchrony Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13817380      +E-mail/PDF: gecsedi@recoverycorp.com Apr 20 2017 01:29:40    Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
                                                                                       TOTAL: 15
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                          Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: Antoinett          Page 2 of 2          Date Rcvd: Apr 19, 2017
                             Form ID: pdf900           Total Noticed: 26

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2017 at the address(es) listed below:
        ALAN B. LISS    on behalf of Debtor Elba J.  Dormoi bnklaw@aol.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC Et Al...
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC Et Al... tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                      TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELBA J. DORMOI                                    Chapter 13


                         Debtor                   Bankruptcy No. 15-19187-ELF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


**Date: April 19, 2017**

_____
                                                  Eric L. Frank
                                                  ChiefBankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAN LISS  ESQUIRE
1420 WALNUT STREET
SUITE 720
PHILA, PA 19102-


Debtor:
ELBA J. DORMOI

232 REGINA STREET

PHILADELPHIA, PA 19116