# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Elba J. Dormoi,<br><br>Debtor. | Bankruptcy No. 15-19187-elf<br><br>Chapter 13<br><br>Doc. No. 12 |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Notice of Mortgage Payment Change, filed by DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC;

**AND**, the Court concluding that the subject Notice of Mortgage Payment Change, (including all attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to :

A.     Notice of Mortgage Payment Change, filed on March 31, 2016, as document number 12 on the Docket.

17-062911 - AnA

DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 20, 2018.

Dated: 2/6/18

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

17-062911 - AnA